```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION
```

C.S.,                              :
                                   :
         Plaintiff,                :
                                   :
v.                                 :      CASE NO. 3:22-CV-61-CDL-AGH
                                   :
COMMISSIONER OF SOCIAL             :
SECURITY,                          :
                                   :
         Defendant.                :
                                   :

## ORDER

Upon consideration of Plaintiff's unopposed motion for attorney's fees pursuant to 42 U.S.C. § 406(b) it is ORDERED that:

1. Plaintiff's attorney is awarded attorney's fees under 42 U.S.C. § 406(b) in the amount of $13,038.00, which the Court finds reasonable for the services rendered, less the $8,617.79 previously paid to the Plaintiff's attorney under the Equal Access to Justice Act. The Court finds that a reduction in the fee award by $8,617.79 is an appropriate and reasonable alternative to granting a full fee award but ordering counsel to reimburse Plaintiff with the amount of the lesser award.

2. Defendant shall pay $4,420.21 from Plaintiff's past-due benefits directly to Plaintiff's attorney for the net attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), within a reasonable time.

The Clerk shall enter a judgment consistent with this Order.

SO ORDERED, this 4th day of April, 2025.

                                      S/Clay D. Land
                                      CLAY D. LAND
                                      U.S. DISTRICT COURT JUDGE
                                      MIDDLE DISTRICT OF GEORGIA